IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MARK ANTHONY BRAMLETT,                *

      Plaintiff,                    *

vs.                                   *
                               CASE NO. 4:09-CV-61 (CDL)
METRO NARCOTIC TASK FORCE,            *
et al.,
                            *
      Defendants.
                            *

ORDER ON RECOMMENDATION OF DISMISSAL
BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on June 23, 2009 is hereby approved, adopted, and made the Order of the Court.

The objections and supplemental brief in support of objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 11th day of August, 2009.

                                                     S/Clay D. Land
                                                       CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE